UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MICHAEL WILKINS,<br><br>                      Petitioner,<br><br>   v.<br><br>BRANDON PRICE,<br><br>                      Respondent. | Case No.: 1:19 -cv-00291-JLT (HC)<br><br>ORDER AUTHORIZING IN FORMA PAUPERIS STATUS |

     Petitioner is a civil detainee proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner filed his petition on March 4, 2019. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Petitioner is AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

    Dated:   **March 21, 2019**                            **/s/ Jennifer L. Thurston**
                                                                                               UNITED STATES MAGISTRATE JUDGE